UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andres F. Cabezas,

    Plaintiff,

v.

Federal Bureau of Prisons,
Office of Professional Responsibility,

    Defendants.

_____/

Case No.: 1:20-CV-02484 CJN

PROOF OF SERVICE

## AFFIDAVIT OF ANDRES F. CABEZAS

1. My name is Andres Fernando Cabezas. I am over 18 years of age and the plaintiff in this action. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I make this affidavit as proof that the summons and complaint were duly served in this action.

3. On September 17, 2020, I mailed a copy of the summons and complaint in this action by certified mail to the process clerk at the office of the United States Attorney in a sealed, postage prepaid envelope.

4. In addition, on September 17, 2020, I sent true and correct copies of the summons and complaint by certified mail, postage prepaid to the Attorney General of the United States at Washington, D.C.

5. On September 17, 2020, I served the summons and complaint on the Federal Bureau of Prisons by certified mail in a sealed, postage prepaid envelope addressed to the Federal Bureau of Prisons at 320 1st Street, N.W., Washington, D.C. 20534.

RECEIVED
Mail Room
OCT - 8 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

6. On September 17, 2020, I served the summons and complaint on the Office of Professional Responsibility by certified mail in a sealed, postage prepaid envelope addressed to the Office of Professional Responsibility at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

7. I have attached a copy of the return receipt for all four submissions to each agency. (Attachment "1").

Respectfully submitted by Andres F. Cabezas on October 7, 2020.

Andres F. Cabezas
2108 Ipsden Drive
Orlando, Florida 32837

## VERIFICATION

Under penalty of perjury as authorized in 28 U.S.C. § 1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

Andres Cabezas

Case No: 1:20-CV-02484

**Receipt 1 (top-left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney General
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
B. Received by (Printed Name) SEP 29 2020
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7018 2290 0001 1628 8166
PS Form 3811, February 2004 Domestic Return Receipt

**Receipt 2 (top-right):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Federal Bureau of Prisons
Central Office
320 First St., N.W.
Washington, DC 20534-0002

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
B. Received by (Printed Name) C. Tipp
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7018 2290 0001 1628 8296
PS Form 3811, July 2013 Domestic Return Receipt

**Receipt 3 (bottom-left):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
U.S. Attorney
Civil Process Clerk
555 4th St., N.W.
Washington, D.C. 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
B. Received by (Printed Name) SEP 19 2020
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7018 2290 0001 1628 8173
PS Form 3811, July 2013 Domestic Return Receipt

**Receipt 4 (bottom-right):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Office of Professional
Responsibility
950 Pennsylvania Ave., N.W.
Ste 3266
Washington, D.C. 20530-0009

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
B. Received by (Printed Name) SEP 24 2020
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7018 2290 0001 1628 7657
PS Form 3811, July 2013 Domestic Return Receipt

Case No.: 1:20-CV-02484

**Receipt 1 (top left):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20530
Certified Mail Fee: $3.55
Extra Services & Fees: Return Receipt (hardcopy) $2.85
Postage: $0.55
Total Postage and Fees: $6.90  $7.10
Sent To: Civil Process Clerk
Street: 555 4th St., N.W.
City: Washington, D.C. 20530
Postmark 09/17/2020
7018 0680 0001 1628 8173

**Receipt 2 (top right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20530
Certified Mail Fee: $3.55
Extra Services & Fees: $2.85
Postage: $0.55
Total Postage and Fees: $6.90
Sent To: Office of Professional Resp.
Street: 950 Pennsylvania Ave. NW, Ste 3266
City: Washington, D.C. 20530-0009
Postmark 09/17/2020
7018 0680 0001 1628 7657

**Receipt 3 (bottom left):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20534
Certified Mail Fee: $3.55
Extra Services & Fees: $2.85
Postage: $0.55
Total Postage and Fees: $6.90  $7.10
Sent To: Federal Bureau of Prisons
Street: 320 First St., N.W.
City: Washington DC 20534-0002
Postmark 09/17/2020
7018 0680 0001 1628 8296

**Receipt 4 (bottom right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20530
Certified Mail Fee: $3.55
Extra Services & Fees: $2.85
Postage: $0.55
Total Postage and Fees: $6.90  $7.10
Sent To: U.S. Attorney General
Street: 950 Pennsylvania Ave, N.W.
City: Washington, D.C. 20530-0001
Postmark 09/17/2020
7018 0680 0001 1628 8166